**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BER, MARK | § Case No. 10-75482 |
| , | § |
| | § |
| Debtor(s) ATKINSON, HOLLY | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 02, 2010. The undersigned trustee was appointed on January 19, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         6,408.14

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 5.40 |
   | Bank service fees | 12.28 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 6,390.46 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/23/2011 and the deadline for filing governmental claims was 03/23/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,390.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,390.81, for a total compensation of $1,390.81.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2011      By: /s/JAMES E. STEVENS
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75482  **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** BER, MARK  **Filed (f) or Converted (c):** 11/02/10 (f)
,  **§341(a) Meeting Date:** 12/09/10
**Period Ending:** 08/03/11  **Claims Bar Date:** 03/23/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Principal residence located at 33390 Five Points | 390,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand Location: In debtor's possession | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Citizens Bank in Genoa, IL L | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account at Itasca State Bank Location: | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furiture purchased at Ashley Furniture Location: | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc, household goods and furnishings Location: | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel Location: In debtor's | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Engagement ring and wedding bands, misc. costume | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Two hand guns and one rifle Location: In debtor' | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance with a death benefit of $500 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole life insurance policy with a death benefit | 0.00 | 3,183.00 | DA | 3,183.00 | FA |
| 12 | Retirement account through Itasca Fire Departmen | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1994 Ford Ranger Super Cab with 230,000 miles an | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1995 Ford Crew Cab Long Bed pickup truck with 10 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 Honda Pilot LX Sport Utilty with 108,500 mi | 5,475.00 | 0.00 | DA | 0.00 | FA |
| 16 | Ford Tractor and two horse trailors Location: In  (See Footnote) | 4,500.00 | 4,500.00 | DA | 3,225.00 | FA |
| 17 | Three horses Location: In debtor's possession | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.14 | FA |
| 18 | Assets    Totals (Excluding unknown values) | **$444,300.00** | **$7,683.00** | | **$6,408.14** | **$0.00** |

RE PROP# 16    Order Denying Exemption entered 1/19/2011

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-75482　　　　　　　　　　　　　　　　**Trustee:**　(330420)　JAMES E. STEVENS
**Case Name:**　BER, MARK　　　　　　　　　　　　　　**Filed (f) or Converted (c):** 11/02/10 (f)
,　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　12/09/10
**Period Ending:** 08/03/11　　　　　　　　　　　　　　　**Claims Bar Date:**　03/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　December 31, 2011　　　**Current Projected Date Of Final Report (TFR):**　August 3, 2011  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Taxpayer ID #:** **-***9187  
**Period Ending:** 08/03/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/11 | {16} | Mark and Holly Ber | non-exempt property payment | 1129-000 | 3,225.00 | | 3,225.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,225.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,225.04 |
| 05/23/11 | {11} | Mark and Holly Ber | cash value of life insurance policy | 1129-000 | 3,183.00 | | 6,408.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 6,408.06 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75482, Bond #016018067 | 2300-000 | | 5.40 | 6,402.66 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,402.70 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,402.74 |
| 08/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 6,402.74 |
| 08/01/11 | | To Account #9200******6266 | TRANSFER TO CLOSE CHECKING ACCOUNT | 9999-000 | | 6,390.46 | 12.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,408.14 | 6,408.14 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,390.46 | |
| | | | **Subtotal** | | 6,408.14 | 17.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,408.14** | **$17.68** | |

{} Asset reference(s)                         Printed: 08/03/2011 12:53 PM    V.12.57

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Taxpayer ID #:** **-***9187  
**Period Ending:** 08/03/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/11 | | From Account #9200******6265 | TRANSFER TO CLOSE CHECKING ACCOUNT | 9999-000 | 6,390.46 | | 6,390.46 |
| | | | **ACCOUNT TOTALS** | | 6,390.46 | 0.00 | **$6,390.46** |
| | | | Less: Bank Transfers | | 6,390.46 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******62-65** | 6,408.14 | 17.68 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 0.00 | 6,390.46 |
| | **$6,408.14** | **$17.68** | **$6,390.46** |

Printed: 08/03/11 12:53 PM

# Claims Distribution Register

Page: 1

### Case: 10-75482    BER, MARK

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 11 | 03/17/11 | 100 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>Claim #11 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of a secured claim out of the general funds of the Chapter 7 Bankruptcy Estated. | 87,385.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:    0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/02/10 | 200 | Barrick, Switzer, Long, Balsley & Van Evera, LLP<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,640.50 | 1,640.50 | 0.00 | 1,640.50 | 1,640.50 |
| | 11/02/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 1,390.81 | 1,390.81 | 0.00 | 1,390.81 | 1,390.81 |
| | | | **Total for Priority 200:    100% Paid** | **$3,031.31** | **$3,031.31** | **$0.00** | **$3,031.31** | **$3,031.31** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,031.31** | **$3,031.31** | **$0.00** | **$3,031.31** | **$3,031.31** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 12/30/10 | 610 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382<br><7100-00   General Unsecured § 726(a)(2)> | 15,971.20 | 15,971.20 | 0.00 | 15,971.20 | 596.44 |
| 2 | 01/17/11 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 9,207.60 | 9,207.60 | 0.00 | 9,207.60 | 343.85 |
| 3 | 01/27/11 | 610 | Citicorp Trust Bank<br>P O Box 140489<br>Irving, TX 75014-0489<br><7100-00   General Unsecured § 726(a)(2)> | 9,241.17 | 9,241.17 | 0.00 | 9,241.17 | 345.10 |
| 4 | 02/07/11 | 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 2,100.00 | 2,100.00 | 0.00 | 2,100.00 | 78.42 |

Printed: 08/03/11 12:53 PM

# Claims Distribution Register

Page: 2

Case:  10-75482    BER, MARK

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 02/24/11 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 8,012.60 | 8,012.60 | 0.00 | 8,012.60 | 299.22 |
| 6 | 02/24/11 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 6,612.57 | 6,612.57 | 0.00 | 6,612.57 | 246.94 |
| 7 | 02/24/11 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 9,771.87 | 9,771.87 | 0.00 | 9,771.87 | 364.92 |
| 8 | 02/24/11 | 610 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 711.28 | 711.28 | 0.00 | 711.28 | 26.56 |
| 9 | 03/01/11 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 25,751.50 | 25,751.50 | 0.00 | 25,751.50 | 961.67 |
| 10 | 03/01/11 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 2,155.50 | 2,155.50 | 0.00 | 2,155.50 | 80.50 |
| 12 | 03/21/11 | 610 | Rockford Mercantile Agency Inc<br>2502 South Alpine Road<br>Rockford, IL 61108<br><7100-00   General Unsecured § 726(a)(2)> | 415.87 | 415.87 | 0.00 | 415.87 | 15.53 |
| | | | **Total for Priority 610:   3.73442% Paid** | **$89,951.16** | **$89,951.16** | **$0.00** | **$89,951.16** | **$3,359.15** |
| | | | **Total for Unsecured Claims:** | **$89,951.16** | **$89,951.16** | **$0.00** | **$89,951.16** | **$3,359.15** |
| | | | **Total for Case :** | **$180,367.93** | **$92,982.47** | **$0.00** | **$92,982.47** | **$6,390.46** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-75482
Case Name: BER, MARK
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 6,390.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | Fifth Third Bank | 87,385.46 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,390.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,390.81 | 0.00 | 1,390.81 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,640.50 | 0.00 | 1,640.50 |

Total to be paid for chapter 7 administration expenses: $ 3,031.31
Remaining balance: $ 3,359.15

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,359.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,359.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,951.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 15,971.20 | 0.00 | 596.44 |
| 2 | Capital One Bank (USA), N.A. | 9,207.60 | 0.00 | 343.85 |
| 3 | Citicorp Trust Bank | 9,241.17 | 0.00 | 345.10 |
| 4 | Chase Bank USA,N.A | 2,100.00 | 0.00 | 78.42 |
| 5 | Capital Recovery IV LLC | 8,012.60 | 0.00 | 299.22 |
| 6 | Capital Recovery IV LLC | 6,612.57 | 0.00 | 246.94 |
| 7 | Capital Recovery IV LLC | 9,771.87 | 0.00 | 364.92 |
| 8 | Capital Recovery IV LLC | 711.28 | 0.00 | 26.56 |
| 9 | PYOD LLC its successors and assigns as assignee of | 25,751.50 | 0.00 | 961.67 |
| 10 | PYOD LLC its successors and assigns as assignee of | 2,155.50 | 0.00 | 80.50 |
| 12 | Rockford Mercantile Agency Inc | 415.87 | 0.00 | 15.53 |

Total to be paid for timely general unsecured claims: $ 3,359.15
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**