**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BER, MARK | § | Case No. 10-75482 |
| , | § | |
| | § | |
| Debtor(s) ATKINSON, HOLLY | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JAMES E. STEVENS                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within  21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 09/07/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/03/2011          By:   /s/JAMES E. STEVENS
                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BER, MARK                                     § Case No. 10-75482

,                                                    §

                                                     §

Debtor(s) ATKINSON, HOLLY                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $          6,408.14

*and approved disbursements of*               $            17.68

*leaving a balance on hand of* [1]            $          6,390.46

**Balance on hand:**                          $          6,390.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------|------------------------|-------------------------|------------------|
| 11 | Fifth Third Bank | 87,385.46 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:       $            0.00

Remaining balance:                           $          6,390.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------|-------------------------|------------------|
| Trustee, Fees - JAMES E. STEVENS | 1,390.81 | 0.00 | 1,390.81 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,640.50 | 0.00 | 1,640.50 |

Total to be paid for chapter 7 administration expenses:   $        3,031.31

Remaining balance:                                        $        3,359.15

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00

Remaining balance:  $          3,359.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $          0.00

Remaining balance:  $          3,359.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,951.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 15,971.20 | 0.00 | 596.44 |
| 2 | Capital One Bank (USA), N.A. | 9,207.60 | 0.00 | 343.85 |
| 3 | Citicorp Trust Bank | 9,241.17 | 0.00 | 345.10 |
| 4 | Chase Bank USA,N.A | 2,100.00 | 0.00 | 78.42 |
| 5 | Capital Recovery IV LLC | 8,012.60 | 0.00 | 299.22 |
| 6 | Capital Recovery IV LLC | 6,612.57 | 0.00 | 246.94 |
| 7 | Capital Recovery IV LLC | 9,771.87 | 0.00 | 364.92 |
| 8 | Capital Recovery IV LLC | 711.28 | 0.00 | 26.56 |
| 9 | PYOD LLC its successors and assigns as assignee of | 25,751.50 | 0.00 | 961.67 |
| 10 | PYOD LLC its successors and assigns as | 2,155.50 | 0.00 | 80.50 |

UST Form 101-7-NFR (10/1/2010)

| | assignee of | | | |
|---|---|---|---|---|
| 12 | Rockford Mercantile Agency Inc | 415.87 | 0.00 | 15.53 |

Total to be paid for timely general unsecured claims:    $        3,359.15

Remaining balance:    $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:    $        0.00

Remaining balance:    $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $        0.00

Remaining balance:    $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/JAMES E. STEVENS
_____
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-75482-MB
Mark Ber                                                            Chapter 7
Holly A. Ber
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 2          Date Rcvd: Aug 10, 2011
                              Form ID: pdf006         Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2011.
```
db/jdb     +Mark Ber,   Holly A. Ber,    33390 Five Points Road,   Kingston, IL 60145-8127
aty        +James Schelli, Jr.,   Webster & Schelli,   1730 Park Street,    Suite 220,
             Naperville, IL 60563-1284
tr         +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
             Rockford, IL 61108-2582
16370829   +5/3 Bank Credit Card,   38 Fountain Square,   Cincinnati OH 45263-0001
16370831   +Alliedinterstate,   3000 Corporate Exchange Dr,   Columbus OH 43231-7684
16370833    Bank of America,   4060 Ogletown/Stan,   Newark DE  19713
16370834    Bank of America,   4060Ogletown/Stan,   Newark DE  19713
16370832   +Bank of America,   P O  Box 15019,   Wilmington DE 19850-5019
16370835   +Bank of America,   Attn  Bankruptcy NC4-105-02-77,   P O  Box 26012,   Greensboro NC 27420-6012
16370838   +Blitt and Gaines  PC,   661 Glenn Avenue,   Wheeling IL 60090-6017
16370848   +CITI,   P O  Box 6077,   Sioux Falls SD 57117-6077
16370842   +Capital One,   Credit Services,   P O  Box 30281,   Salt Lake City UT 84130-0281
16370840   +Capital One,   Credit Services,   P O  Box 30285,   Salt Lake City UT 84130-0285
16370841   +Capital One,   P O  Box 30285,   Salt Lake City UT 84130-0285
16678867    Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
16370843   +Chase,   Bank One Card Serv,   P O  Box 15298,   Wilmington DE 19850-5298
16370844   +Chase,   P O  Box 15153,   Wilmington DE 19886-5153
16777783    Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O  Box 740933,   Dallas,Tx 75374-0933
16370845   +Chase- Cha,   P O  Box 1547,   Orlando FL 32802-1547
16370849   +Citi,   P O  Box 6241,   Sioux Falls SD 57117-6241
16370847    Citi,   Box 6000,   The Lakes NV  89163-6000
16370850   +Citi Cards,   P O  Box 660370,   Dallas TX 75266-0370
16370852   +CitiFinancial,   3950 Regent Blvd,   Irving TX 75063-2244
16370853   +CitiFinancial Bankruptcy Dept,   P O  Box 140069,   Irving TX 75014-0069
16723206    Citicorp Trust Bank,   P O  Box 140489,   Irving TX 75014-0489
16370851   +Citifinancia,   P O  Box 22065,   Tempe AZ 85285-2065
16370854   +Citifinancial Retail Services,   P O  Box 70921,   Charlotte NC 28272-0921
16370855   +Client Services  Inc,   3451 Harry Truman Blvd,   Saint Charles MO 63301-9816
16370856   +Client Services  Inc/Citicare,   P O  Box 1503,   Saint Peters MO 63376-0027
16370857   +Credit Card Center,   P O  Box 688940,   Des Moines IA 50368-8940
16370858   +Dennis Colli,   c/o ROCKFORD MER,   P O  Box 5847,   Rockford IL 61125-0847
16370860   +Exxmblciti,   P O  Box 6497,   Sioux Falls SD 57117-6497
16370861   +FIA Card Services,   P O  Box 15026,   Wilmington DE 19850-5026
16370863   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,   1MOC2J,   5050 Kingsley,   Cincinnati OH  45263)
16370862   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati OH  45263)
16370864   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,   MD 1MOC2G-4050,   38 Fountain Square,
             Cincinnati OH  45263)
16617711   +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
16370865   +GC Services Ltd Partnership,   6330 Gulfton,   Houston TX 77081-1198
16370871   +GMAC Mort,   3451 Hammond Ave,   Waterloo IA 50702-5300
16370869   +Glenview State Bank,   800 Waukegan Road,   Glenview IL 60025-4310
16370870   +Global Credit Collections,   Capital One Bank,   P O  Box 71083,   Charlotte NC 28272-1083
16370872   +HSBC Card Services,   P O  Box 17602,   Baltimore MD 21297-1602
16370873    HSBC Retail Services,   P O  Box 5244,   Carol Stream IL  60197-5244
16370874   +HSBC/Menards,   P O  Box 15521,   Wilmington DE 19850-5521
16370875   +I C  Systems  Inc,   444 Highway 96 East,   P O  Box 64887,   Saint Paul MN 55164-0887
16370876   +James Schelli  Jr,   1730 Park Street  Suite 220,   Naperville IL 60563-2615
16370828   +KCA Financial,   628 North Street,   Geneva IL 60134-1356
16370877   +Kishwaukee County Hospital,   c/o Ronald J  Hennigs PC,   P O  Box 4106,
             Saint Charles IL 60174-9080
16370881   +Lehan Drugs  Inc,   1407 S  Fourth Street,   DeKalb IL 60115-4651
16370884   +MRS Associates  Inc,   1930 Olney Avenue,   Cherry Hill NJ 08003-2016
16894789   +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16370885   +Penncro,   P O  Box 538,   Oaks PA 19456-0538
16986004   +Rockford Mercantile Agency Inc,   2502 South Alpine Road,   Rockford Illinois 61108-7813
16370886   +Shell Credit Card Center,   P O  Box 689151,   Des Moines IA 50368-9151
16370887    Sprint,   c/o Allied Interstate,   P O  Box 361474,   Columbus OH  43236-1474
16370888   +Tri City Rad,   9410 Compubill Drive,   Orland Park IL 60462-2627
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Aug 10, 2011
                             Form ID: pdf006           Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16370830      +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 11 2011 00:48:38     Alliance One,
               4850 Street Road #300,    Feasterville Tre PA 19053-6643
16370839      +E-mail/Text: cms-bk@cms-collect.com Aug 11 2011 00:48:56     Capital Management Services,
               726 Exchange Street  #700,    Buffalo NY 14210-1464
16860397       E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2011 01:22:01     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16370859      +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 11 2011 00:48:51     Equity Assent Financial,
               5 Revere Drive,    Suite 501,    Northbrook IL 60062-8007
16370866      +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:57     GE Money Bank,
               Attn  Bankruptcy Dept,    P O Box 103104,    Roswell GA 30076-9104
16370867      +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:59     GEMB/Old Navy,    Customer Service,
               P O Box 981064,    El Paso TX 79998-1064
16370868      +E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2011 01:21:58     Gemb/ondc,    P O Box 981400,
               El Paso TX 79998-1400
16370878      +E-mail/PDF: cr-bankruptcy@kohls.com Aug 11 2011 01:22:07     Kohl's,    Law Department,
               N56 W17000 Ridgewood Drive,    Menomonee Falls WI 53051-5660
16370879       E-mail/PDF: cr-bankruptcy@kohls.com Aug 11 2011 01:22:07     Kohls/chase,    N56 W17000 Ridge,
               Menomonee Falls WI  53051
16370880      +E-mail/PDF: cr-bankruptcy@kohls.com Aug 11 2011 01:22:07     Kolh's,    P O Box 3043,
               Milwaukee WI 53201-3043
16370882      +E-mail/Text: brenden.magnino@mcmcg.com Aug 11 2011 00:47:58     MCM,    Dept  12421,
               P O Box 603,    Oaks PA 19456-0603
16370883      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Aug 11 2011 00:49:26     Mr William Neary,
               219 South Dearborn Street,    Room 873,    Chicago IL 60604-2027
                                                                                        TOTAL: 12


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2582
aty*          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2582
16370837*     +Holly A Ber,    33390 Five Points Road,    Kingston IL 60145-8127
16370836*     +Mark  Ber,    33390 Five Points Road,    Kingston IL 60145-8127
16370846     ##+ChaseHealth Advance,    P O Box 7030,    Mesa AZ 85216-7030
                                                                                  TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2011**                    **Signature:** _Joseph Speetjens_