**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: BER, MARK § Case No. 10-75482
, §
§
Debtor(s) ATKINSON, HOLLY §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $444,300.00 *(without deducting any secured claims)* | Assets Exempt: $41,768.00 |
| Total Distribution to Claimants: $3,359.15 | Claims Discharged Without Payment: $126,292.83 |
| Total Expenses of Administration: $3,048.99 | |

3) Total gross receipts of $ 6,408.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,408.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $485,475.00 | $87,385.46 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,048.99 | 3,048.99 | 3,048.99 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 103,544.22 | 89,951.16 | 89,951.16 | 3,359.15 |
| **TOTAL DISBURSEMENTS** | $589,019.22 | $180,385.61 | $93,000.15 | $6,408.14 |

4) This case was originally filed under Chapter 7 on November 02, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2011          By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole life insurance policy with a death benefit | 1129-000 | 3,183.00 |
| Ford Tractor and two horse trailors Location: In | 1129-000 | 3,225.00 |
| Interest Income | 1270-000 | 0.14 |
| **TOTAL GROSS RECEIPTS** | | **$6,408.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Fifth Third Bank | 4110-000 | 87,380.00 | 87,385.46 | 0.00 | 0.00 |
| NOTFILED | Citifinancia | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancia | 4110-000 | 9,214.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancia | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mort. | 4110-000 | 385,449.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Glenview State Bank | 4110-000 | 3,432.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancia | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$485,475.00** | **$87,385.46** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,390.81 | 1,390.81 | 1,390.81 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,640.50 | 1,640.50 | 1,640.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.40 | 5.40 | 5.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 12.28 | 12.28 | 12.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,048.99 | 3,048.99 | 3,048.99 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | 15,971.20 | 15,971.20 | 15,971.20 | 596.44 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 13,484.87 | 9,207.60 | 9,207.60 | 343.85 |
| 3 | Citicorp Trust Bank | 7100-000 | 15,133.51 | 9,241.17 | 9,241.17 | 345.10 |
| 4 | Chase Bank USA,N.A | 7100-000 | 5,036.00 | 2,100.00 | 2,100.00 | 78.42 |
| 5 | Capital Recovery IV LLC | 7100-000 | N/A | 8,012.60 | 8,012.60 | 299.22 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Capital Recovery IV LLC | 7100-000 | 14,217.82 | 6,612.57 | 6,612.57 | 246.94 |
| 7 | Capital Recovery IV LLC | 7100-000 | N/A | 9,771.87 | 9,771.87 | 364.92 |
| 8 | Capital Recovery IV LLC | 7100-000 | N/A | 711.28 | 711.28 | 26.56 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 25,751.50 | 25,751.50 | 961.67 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,155.50 | 2,155.50 | 80.50 |
| 12 | Rockford Mercantile Agency Inc | 7100-000 | N/A | 415.87 | 415.87 | 15.53 |
| NOTFILED | Exxmblciti | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ondc | 7100-000 | 2,760.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 2,155.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ondc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dennis Colli c/o ROCKFORD MER | 7100-000 | 416.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ondc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ondc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Gemb/ondc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee County Hospital c/o Ronald J. Hennigs PC | 7100-000 | 325.80 | N/A | N/A | 0.00 |
| NOTFILED | Lehan Drugs, Inc. | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Shell Credit Card Center | 7100-000 | 711.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri City Rad | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | 6,788.69 | N/A | N/A | 0.00 |
| NOTFILED | Tri City Rad | 7100-000 | 256.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sprint c/o Allied Interstate | 7100-000 | 150.33 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 25,751.00 | N/A | N/A | 0.00 |
| NOTFILED | 5/3 Bank Credit Card | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | 5/3 Bank Credit Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase- Cha | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 103,544.22 | 89,951.16 | 89,951.16 | 3,359.15 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Period Ending:** 11/08/11

**Trustee:**  (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/02/10 (f)  
**§341(a) Meeting Date:** 12/09/10  
**Claims Bar Date:** 03/23/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Principal residence located at 33390 Five Points | 390,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand Location: In debtor's possession | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Citizens Bank in Genoa, IL L | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account at Itasca State Bank Location: | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furiture purchased at Ashley Furniture Location: | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc, household goods and furnishings Location: | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessary wearing apparel Location: In debtor's | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | Engagement ring and wedding bands, misc. costume | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Two hand guns and one rifle Location: In debtor' | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance with a death benefit of $500 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Whole life insurance policy with a death benefit | 0.00 | 3,183.00 | DA | 3,183.00 | FA |
| 12 | Retirement account through Itasca Fire Departmen | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1994 Ford Ranger Super Cab with 230,000 miles an | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1995 Ford Crew Cab Long Bed pickup truck with 10 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2004 Honda Pilot LX Sport Utilty with 108,500 mi | 5,475.00 | 0.00 | DA | 0.00 | FA |
| 16 | Ford Tractor and two horse trailors Location: In  (See Footnote) | 4,500.00 | 4,500.00 | DA | 3,225.00 | FA |
| 17 | Three horses Location: In debtor's possession | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.14 | FA |
| 18 | Assets    Totals (Excluding unknown values) | **$444,300.00** | **$7,683.00** | | **$6,408.14** | **$0.00** |

RE PROP# 16    Order Denying Exemption entered 1/19/2011

---

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Period Ending:** 11/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/02/10 (f)  
**§341(a) Meeting Date:** 12/09/10  
**Claims Bar Date:** 03/23/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2011          **Current Projected Date Of Final Report (TFR):** August 3, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Taxpayer ID #:** **-***9187  
**Period Ending:** 11/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/11 | {16} | Mark and Holly Ber | non-exempt property payment | 1129-000 | 3,225.00 | | 3,225.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,225.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,225.04 |
| 05/23/11 | {11} | Mark and Holly Ber | cash value of life insurance policy | 1129-000 | 3,183.00 | | 6,408.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 6,408.06 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-75482, Bond #016018067 | 2300-000 | | 5.40 | 6,402.66 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,402.70 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,402.74 |
| 08/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 6,402.74 |
| 08/01/11 | | To Account #9200******6266 | TRANSFER TO CLOSE CHECKING ACCOUNT | 9999-000 | | 6,390.46 | 12.28 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.28 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,408.14 | 6,408.14 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,390.46 | |
| | | | **Subtotal** | | 6,408.14 | 17.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,408.14** | **$17.68** | |

{} Asset reference(s)

Printed: 11/08/2011 12:00 PM    V.12.57

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Taxpayer ID #:** **-***9187  
**Period Ending:** 11/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/11 | | From Account #9200******6265 | TRANSFER TO CLOSE CHECKING ACCOUNT | 9999-000 | 6,390.46 | | 6,390.46 |
| 09/08/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,640.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,640.50 | 4,749.96 |
| 09/08/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,390.81, Trustee Compensation; Reference: | 2100-000 | | 1,390.81 | 3,359.15 |
| 09/08/11 | 103 | Fifth Third Bank | Dividend paid 3.73% on $15,971.20; Claim# 1; Filed: $15,971.20; Reference: | 7100-000 | | 596.44 | 2,762.71 |
| 09/08/11 | 104 | Capital One Bank (USA), N.A. | Dividend paid 3.73% on $9,207.60; Claim# 2; Filed: $9,207.60; Reference: | 7100-000 | | 343.85 | 2,418.86 |
| 09/08/11 | 105 | Citicorp Trust Bank | Dividend paid 3.73% on $9,241.17; Claim# 3; Filed: $9,241.17; Reference: | 7100-000 | | 345.10 | 2,073.76 |
| 09/08/11 | 106 | Chase Bank USA,N.A | Dividend paid 3.73% on $2,100.00; Claim# 4; Filed: $2,100.00; Reference: | 7100-000 | | 78.42 | 1,995.34 |
| 09/08/11 | 107 | Rockford Mercantile Agency Inc | Dividend paid 3.73% on $415.87; Claim# 12; Filed: $415.87; Reference: | 7100-000 | | 15.53 | 1,979.81 |
| 09/08/11 | 108 | Capital Recovery IV LLC | Combined Check for Claims#5,6,7,8 | | | 937.64 | 1,042.17 |
| | | | Dividend paid 3.73% on    299.22 $8,012.60; Claim# 5; Filed: $8,012.60 | 7100-000 | | | 1,042.17 |
| | | | Dividend paid 3.73% on    246.94 $6,612.57; Claim# 6; Filed: $6,612.57 | 7100-000 | | | 1,042.17 |
| | | | Dividend paid 3.73% on    364.92 $9,771.87; Claim# 7; Filed: $9,771.87 | 7100-000 | | | 1,042.17 |
| | | | Dividend paid 3.73% on     26.56 $711.28; Claim# 8; Filed: $711.28 | 7100-000 | | | 1,042.17 |
| 09/08/11 | 109 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#9,10 | | | 1,042.17 | 0.00 |
| | | | Dividend paid 3.73% on    961.67 $25,751.50; Claim# 9; Filed: $25,751.50 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.73% on     80.50 $2,155.50; Claim# 10; Filed: $2,155.50 | 7100-000 | | | 0.00 |

Subtotals :     $6,390.46     $6,390.46

{} Asset reference(s)                                                                        Printed: 11/08/2011 12:00 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-75482  
**Case Name:** BER, MARK  
,  
**Taxpayer ID #:** **-***9187  
**Period Ending:** 11/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******62-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,390.46** | **6,390.46** | **$0.00** |
| | | | Less: Bank Transfers | | 6,390.46 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,390.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,390.46** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******62-65** | 6,408.14 | 17.68 | 0.00 |
| **Checking # 9200-******62-66** | 0.00 | 6,390.46 | 0.00 |
| | **$6,408.14** | **$6,408.14** | **$0.00** |

{} Asset reference(s)        Printed: 11/08/2011 12:00 PM    V.12.57